UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **JASON BROUSSARD** | **C.A. NO.:** |
| **VERSUS** | **JUDGE:** |
| **EXXON MOBIL CORPORATION** | **MAGISTRATE JUDGE:** |

**NOTICE OF REMOVAL**

Exxon Mobil Corporation (hereinafter "ExxonMobil") removes this action on the following grounds:[1]

1.

On or about September 30, 2022, Jason Broussard ("Plaintiff") instituted a civil action ("Action") by filing a Petition for Wages Due and Rule to Show Cause ("Petition") in the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana, entitled "*Jason Broussard vs. Exxon Mobil Corporation*," Docket No. C-724085, Section "24."

2.

ExxonMobil desires to exercise its right under 28 U.S.C. § 1441, *et seq.* to remove this action from the 19th Judicial District Court to the United States District Court in and for the Middle District of Louisiana. The United States District Court in and for the Middle District of Louisiana is the Court embracing the place wherein such action is pending in state court and thus is the proper venue under 28 U.S.C. § 1446(a).

---

[1] ExxonMobil does not waive any available defenses and does not admit any of the allegations in Plaintiff's Petition. ExxonMobil has not answered or otherwise responded to Plaintiff's Petition in the state court proceeding. However, ExxonMobil will abide by the delays provided for under Federal Rule of Civil Procedure 81, or otherwise seek an extension thereto.

1

3.

On or about October 18, 2022, ExxonMobil was served with the Petition. In accordance with 28 U.S.C. § 1446(b), this Notice of Removal ("Notice") is being filed within thirty (30) days after receipt by ExxonMobil, through service or otherwise, of a copy of the Petition. This Notice is timely filed.

4.

This Court has diversity jurisdiction over the Action pursuant to 28 U.S.C. § 1332 because it is a civil action involving citizens of different states and the amount in controversy exceeds SEVENTY-FIVE THOUSAND AND NO/100 ($75,000) DOLLARS, exclusive of interest and costs, although ExxonMobil denies any liability whatsoever. Through his Action, Plaintiff alleges he was entitled to inter alia, 35 days of wages at his daily rate of pay; $11,250 in alleged unpaid shift differential compensation; $60,448.73 in lost pension funds; 90 days wages at his daily rate of pay, statutory penalties, and attorneys' fees. Petition, ¶¶ 5-6, 8, 11-12.

5.

There is in this matter, and there was at the time the state court Action was filed, complete diversity of citizenship. At the time of filing of the Petition, and at all times thereafter; including at the time of removal, the defendant, ExxonMobil, was and is a corporation formed under the laws of the State of New Jersey, with its principal place of business in the State of Texas. Upon information and belief, at the time of filing of the Petition and at all times thereafter, including at the time of removal, Plaintiff was and is domiciled in and was and is a citizen of the State of Louisiana.

6.

The "amount in controversy" for purposes of federal jurisdiction is to be determined from the nature and extent of the damages and injuries specifically alleged. Although ExxonMobil denies liability to Plaintiff in any amount whatsoever, it asserts that, due to the nature and extent of injuries claimed, and the damages sought, the amount in controversy exceeds SEVENTY-FIVE THOUSAND AND NO/100 ($75,000) DOLLARS, exclusive of interest and costs.

7.

Alternatively, this Court has subject matter jurisdiction over the Action pursuant to 28 U.S.C. § 1331 because it is a civil action arising under the Constitution, laws, or treaties of the United States, although ExxonMobil denies any liability whatsoever. Plaintiff alleges ExxonMobil owes Plaintiff for monetary amounts under a pension payment plan. Plaintiff's pension payment plan is subject to the federal Employee Retirement Income Security Act ("ERISA"), 29 U.SC. § 1001, *et seq.*, and as such Plaintiff's claims related to the pension payment plan are preempted by federal law,[2] and this court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331.

8.

In accordance with the provisions of 28 U.S.C. § 1446(a), ExxonMobil attaches as Exhibit "A" to this Notice, the entire suit record as it currently exists in the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana, which includes a copy of all process, pleadings, and orders served upon ExxonMobil to date.

---

[2] The pension plan at the foundation of this controversy is an ERISA plan. ERISA law supersedes any and all state law claims related to such an employee benefit plan. 29 U.S.C. § 1144(a).

3

9.

As required by the provisions of 28 U.S.C. § 1446(d), ExxonMobil is giving written notice of the filing of this Notice to the Plaintiff and is filing a copy of this Notice with the Clerk of the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana.

**WHEREFORE**, Exxon Mobil Corporation removes this Action from the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana, to the United States District Court in and for the Middle District of Louisiana.

Respectfully submitted:

*/s/Scott D. Huffstetler*
Scott D. Huffstetler (#28615) (T.A.)
scott.huffstetler@keanmiller.com
Erin L. Kilgore (#31244)
erin.kilgore@keanmiller.com
Mary M. Love (#40194)
mary.love@keanmiller.com
**KEAN MILLER LLP**
400 Convention Street, Suite 700
P. O. Box 3513 (70821-3513)
Baton Rouge, LA  70802
Telephone:  (225) 387-0999
Facsimile:  (225) 388-9133

*Attorneys for Exxon Mobil Corporation*

4860-2230-0475 v1

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to the following, by operation of the Court's electronic filing system:

J. Andrew Murrell
Andrew Murrell Law Firm
1955 Carolyn Sue Drive
Baton Rouge, Louisiana 70815
Andrew@AndrewMurrell.com

Baton Rouge, Louisiana this 27th day of October, 2022.

                                          */s/Scott D. Huffstetler*
                                             Scott D. Huffstetler

4860-2230-0475 v1